OPINION — AG — QUESTION(1): "IS A PUBLIC OFFICIAL, CARRYING OUT HIS OFFICIAL DUTIES IN A THREE WHEELED VEHICLE WITH CAB, SUBJECT TO THE PROVISIONS OF ENROLLED SENATE BILL NO. 215?" — NEGATIVE, QUESTION(2): "DOES SENATE BILL NO. 215 APPLY TO ANY THREE WHEELED VEHICLE EQUIPPED WITH A CAB OR A PASSENGER COMPARTMENT?" — AFFIRMATIVE CITE: 47 O.S. 1961 12-301 [47-12-301](B), 47 O.S. 1961 1-134 [47-1-134], 47 O.S. 1961 1-104 [47-1-104], 47 O.S. 1961 1-135 [47-1-135], 47 O.S. 1961 1-136 [47-1-136] (W. J. MONROE) FILENAME: m0000976 SENATOR GEORGE MILLER ATTORNEY GENERAL OF OKLAHOMA — OPINION JULY 27, 1967 OPINION — AG — QUESTION(1): "IS A PUBLIC OFFICIAL, CARRYING OUT HIS OFFICIAL DUTIES IN A THREE WHEELED VEHICLE WITH CAB, SUBJECT TO THE PROVISIONS OF ENROLLED SENATE BILL NO. 215?" — NEGATIVE, QUESTION(2): "DOES SENATE BILL NO. 215 APPLY TO ANY THREE WHEELED VEHICLE EQUIPPED WITH A CAB OR A PASSENGER COMPARTMENT?" — AFFIRMATIVE CITE: 47 O.S. 1961 12-301 [47-12-301](B), 47 O.S. 1961 1-134 [47-1-134], 47 O.S. 1961 1-104 [47-1-104], 47 O.S. 1961 1-135 [47-1-135], 47 O.S. 1961 1-136 [47-1-136] (W. J. MONROE)